INTERSTATE LIFE AND ACCIDENT INSURANCE COMPANY.

No. 47113.

Feb. 24, 1964.

In re: Interstate Life and Accident Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 159 So. 2d 3.

Writ refused. The judgment of the Court of Appeal is correct.

160 So.2d 595

McKENZIE & MOUK, INC.

v.

OUACHITA NATIONAL BANK IN MONROE et al.

No. 47124.

Feb. 24, 1964.

In re: McKenzie & Mouk, Inc. applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Ouachita. 159 So.2d 304.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

160 So.2d 596

Jeff JONES, Sr., and Ethel Jones

v.

CONTINENTAL CASUALTY COMPANY OF CHICAGO, ILLINOIS, Halliburton Company and Meredith S. Hailey.

No. 47086.

Feb. 24, 1964.

Court of Appeal, Third Circuit. 159 So. 2d 5.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.